Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

MAR - 8 2018

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Jorge Mikel Pitts a/k/a "Jose"<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No. 1:18-cr-038-01<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Jorge Mikel Pitts a/k/a "Jose"                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone
Possession of Oxycodone with Intent to Distribute
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
Aiding and Abetting

Date: 03/08/2018

/s/ Renee Hellwig
*Issuing officer's signature*

City and state:  Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/8/2018, and the person was arrested on *(date)* 3/8/2018
at *(city and state)* BISMARCK, ND.

Date: 3/9/2018

_____
*Arresting officer's signature*

AMANDA LEWIS, DUSM
*Printed name and title*